```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )          4:01CR3125
               Plaintiff,        )
                                 )
     vs.                         )          ORDER
                                 )
ERIC D. CASILLAS,                )
                                 )
               Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on June 30, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:   May 12, 2006.

                         BY THE COURT

                         s/ David L. Piester
                         _____
                         David L. Piester
                         United States Magistrate Judge