IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:01CR3125 |
| ERIC D. CASILLAS, ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue his revocation hearing (filing 176). The Court, being fully advised in the premises, and noting that the Government has no objection, finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 7th day of July, 2006, at 11:30 a.m. The defendant is ordered to appear at such time.

June 29, 2006.                               BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge